IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

ERIC MARCHON ROGERS,

    Plaintiff,

v.                                        CIVIL ACTION NO.: CV514-036

WARE STATE PRISON - MEDICAL;
AUGUSTA STATE MEDICAL
PRISON - PHARMACY; and BRIAN
OWENS, Commissioner,

    Defendants.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Plaintiff filed Objections. In his Objections, Plaintiff contends that he has no way of knowing who the particular person is who is responsible for his missing medications, only that the person is a nurse at Ware State Prison. The Court recognizes the importance of medication for a person who needs it. However, Plaintiff fails to identify a proper person in his Complaint to allow his cause of action to proceed pursuant to 42 U.S.C. § 1983.

AO 72A
(Rev. 8/82)

Plaintiff's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED** based on his failure to state a claim against the named Defendants upon which relief may be granted. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 11 day of August, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA